**No. 49164.**—Protest 56917–K of F. Blumenthal & Co. (New York).

Opinion by TILSON, J.   It was stipulated that the hats in question are similar in all material respects to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), which record was admitted in evidence herein. The protest was therefore sustained to this extent.

**No. 49165.**—Protest 971898–G of Western Novelty Co. (Los Angeles).

Opinion by LAWRENCE, J.   The record showed the claim to be well founded and that the cups are similar to those involved in Abstract 43785, which record was incorporated herein.   In accordance therewith the claim at 45 percent under paragraph 397 was sustained.

**No. 49166.**—Protests 105549–G/12630, etc., of European Agencies Co., Inc. (New Orleans).

Opinion by LAWRENCE, J.   The uncontradicted record showed that the bale ties in question are similar to those involved in *Wilbur-Ellis Co.* v. *United States* (26 C. C. P. A. 403, C. A. D. 47).   They were therefore held entitled to free entry under paragraph 1604 as claimed.

**No. 49167.**—Protest 104452-K of Ignaz Strauss & Co., Inc. (New York).

Opinion by LAWRENCE, J.   It was admitted by the appraiser and collector and stipulated between counsel for the respective parties that certain of the animal figures (donkeys) are articles in chief value of lead, not plated.   In accordance therewith the protest was sustained.

**No. 49168.**—Protests 62074–K, etc., of S. Lisk & Bros. et al. (New York).

Opinion by LAWRENCE, J.   The record fully established that the pencil sharpeners in question are similar to those involved in Abstract 48152, the record in which case was incorporated herein.   In accordance therewith the protests were sustained to this extent.